468

No. 66808.—Hartford Spinning, Inc. v. United States, protests 267996–K, etc. (Ogdensburg).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of waste composed of synthetic materials, not eo nomine specified in the tariff act, and following the principles set forth in United States v. Steinberg Bros. (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

No. 66809.—Abercrombie & Fitch Co. v. United States, protest 58/9653 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon wearing apparel similar in use to wool wearing apparel, valued over $4 per pound, and that the issue is the same as that involved in United States v. Steinberg Bros. (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 28, 1962

No. 66810.—Bunker Hill Brick & Supply, Inc. v. United States, protests 58/2080, etc. (Laredo).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of Bunker Hill Brick & Supply, Inc., et al. v. United States (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiff was sustained.